# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NOAH HINKLE

NO. 2025 KW 0365

**JULY 14, 2025**

---

In Re:   Noah Hinkle, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 21-CR10-146938.

---

BEFORE:   **HESTER, EDWARDS, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              CHH
                              BDE
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT